**En Banc Order filed December 13, 2018.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-17-00558-CV**

---

**MIKE HALL CHEVROLET INC. D/B/A AUTONATION CHEVROLET HIGHWAY 6 F/K/A CHAMPION CHEVROLET HIGHWAY 6, AUTONATION, INC., AUTONATION ENTERPRISES, INCORPORATED, A DEALERSHIP HOLDING COMPANY, AND AUTO HOLDING LLC F/K/A AUTO HOLDING CORPORATION,** Appellants

**V.**

**ALEXANDRA DEIKE, F/K/A ALEJANDRA VALDEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROSA ELVIA GUERRERO, DECEASED, ARIANA DOMINGUEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUBEN DOMINGUEZ, DECEASED, GREGORIO ARMANDO DOMINGUEZ, EILEEN MEJIA, ANDREA ZERTUCHE, JOSE GUERRERO, EDUWIGES GUERRERO, DONALD CLARK, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF LINDA ANN HARTON CLARK, DECEASED, JENNIFER CLARK AND JOANNA CLARK,** Appellees

**On Appeal from the Probate Court No 2
Harris County, Texas
Trial Court Cause No. 388,367-401**

## E N   B A N C   O R D E R

Pending before this court is "Appellees' Joint Withdrawal of Opposition to Appellants' Motion to Compel Arbitration, Appellees' Motion to Dismiss Appeal, and Appellees' Motion to Dissolve the Stay of Trial." Appellants filed a response to this motion, and the parties' counsel also have filed subsequent letter briefs.

It is unclear from these filings whether a live controversy continues to exist with respect to the issues encompassed in this appeal. The difficulty in determining whether a live controversy continues to exist is compounded by bilateral allegations of dilatory and uncooperative conduct.

The court therefore ORDERS as follows.

No later than 5:00 p.m. on Friday, December 14, 2018, the parties shall file with this court a statement signed by counsel indicating whether they agree pursuant to Texas Rule of Appellate Procedure 42.1 to a disposition on appeal by which this court (1) reverses the trial court's order denying the Second Motion to Compel Arbitration and for Stay or Dismissal of Litigation; (2) orders the panel's June 12, 2018 Opinion withdrawn and judgment vacated; (3) remands this case to the trial court for further proceedings consistent with the unopposed Defendants' Second Amended Motion to Compel Arbitration and for Stay or Dismissal of Litigation; and (4) dissolves the October 12, 2018 stay issued by this court of a trial in Cause No. 388,367-401 in Probate Court No. 2, Harris County, Texas.

PER CURIAM

En Banc Court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, Busby, Donovan, Brown, Wise, and Jewell.  (Frost, C.J., dissenting).